No. 907. Bernards et al. v. Johnson et al. April 29, 1940. Motion for leave to proceed *in forma pauperis,*

and petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, granted. *Martin J. Bernards* and *Lena Bernards, pro se.*